■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDISON CHARLES, Appellant.—Appeal by defendant from a judgment of the County Court, Westchester County, rendered August 31, 1977, convicting him of kidnapping in the second degree and robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. Assuming, *arguendo,* that the issue was properly preserved for review, it is our belief that the

charge of kidnapping in the second degree was separately cognizable in the instant case by virtue of the well-known exception to the so-called "merger" doctrine (see *People v Cassidy,* 40 NY2d 763, 767; see, also, *People v Miles,* 23 NY2d 527, 539). The sentence imposed was not excessive. Titone, J. P., Gibbons, Gulotta and Martuscello, JJ., concur.